# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 236 WAL 2023

         Respondent                 :

                                       :    Petition for Allowance of Appeal

                                       :    from the Order of the Superior Court

           v.                       :

                                       :

DAYQUAN DANZEL ROBISON,        :

                                       :

         Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.